IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRUCE LAMAR COLEMAN,            )
                                )
     Petitioner,                )
                                )      CIVIL ACTION NO.
     v.                         )        2:23cv513-MHT
                                )             (WO)
UNITED STATES OF AMERICA,       )
                                )
     Respondent.                )
```

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, a federal inmate, filed this lawsuit challenging his conviction and sentence.  The United States Magistrate Judge properly construed the petition as having been brought under 28 U.S.C. § 2255.  This lawsuit is now before the court on the recommendation of the magistrate judge that the petition be dismissed without prejudice.  Also before the court are petitioner's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.  If

petitioner wishes to pursue his challenge to his conviction and sentence, he must file an application for leave to file a second or successive petition with the United States Court of Appeals for the Fifth Circuit.

An appropriate judgment will be entered.

DONE, this the 3rd day of November, 2023.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE