IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRUCE LAMAR COLEMAN,           )
                               )
    Petitioner,                )
                               )     CIVIL ACTION NO.
    v.                         )       2:23cv513-MHT
                               )            (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. 7) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(3) The 28 U.S.C. § 2255 petition (Doc. 1) is dismissed without prejudice.

(4) The motion for relief (Doc. 2) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of November, 2023.

                    /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**